Case 4:25-cr-00442   Document 1   Filed on 08/22/25 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
FILED

*August 22, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v.  § § | CRIMINAL NO. |
| TRANS WORLD SERVICES, INC. § aka SSAS, Inc. § aka Trans World Services of Texas, Inc. § aka Genuine Parts Planet § § Defendant. § | 4:25-cr-442 |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## BACKGROUND

At all relevant times, unless otherwise specified:

1. At all times during the period covered by these counts, Trans World Services, Inc. aka SSAS, Inc., aka Trans World Services of Texas, Inc., aka Genuine Parts Planet ("the Defendant") was a corporation organized and existing under the laws of the United States and Texas, with its headquarters in Houston, Texas.

2. At all times during the period covered by these counts, the Defendant sold automobile parts via multiple online marketplaces, including Amazon and eBay, under the seller name Genuine Parts Planet.

3. Whenever in this Information reference is made to any act, deed, or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

## COUNT ONE
## Trafficking in Counterfeit Goods or Services

Beginning on or about April 1, 2018, and continuing until on or about July 31, 2022, in the Southern District of Texas, the Defendant,

**TRANS WORD SERVICES, INC.**
aka SSAS, Inc.
aka Trans World Services of Texas, Inc.
aka Genuine Parts Planet

did intentionally traffic, and attempt to traffic, in goods, specifically counterfeit automobile parts, and did knowingly use on and in connection with such goods, counterfeit Toyota Motor Corporation marks, which were identical with and substantially indistinguishable from marks registered on the principal register in the United States Patent and Trademark Office, and the use of which was likely to cause confusion, to cause mistake, and to deceive.

In violation of Title 18, United States Code, Section 2320.

## COUNT TWO
## Trafficking in Counterfeit Goods or Services

Beginning on or about April 1, 2018, and continuing until on or about July 31, 2022, in the Southern District of Texas, the Defendant,

**TRANS WORD SERVICES, INC.**
aka SSAS, Inc.
aka Trans World Services of Texas, Inc.
aka Genuine Parts Planet

did intentionally traffic, and attempt to traffic, in goods, specifically counterfeit automobile parts, and did knowingly use on and in connection with such goods, counterfeit Nissan Motor Corporation marks, which were identical with and substantially indistinguishable from marks registered on the principal register in the United States Patent and Trademark Office, and the use of which was likely to cause confusion, to cause mistake, and to deceive.

In violation of Title 18, United States Code, Section 2320.

# NOTICE OF CRIMINAL FORFEITURE
(18 U.S.C. § 2323)

Pursuant to Title 18, United States Code, Section 2323(b), the United States gives notice to the Defendant that in the event of conviction of a violation of Title 18, United States Code, Section 2320, the following is subject to forfeiture:

(1) all articles, the making or trafficking of which is, prohibited under 18 U.S.C. § 2320;

(2) all property used, or intended to be used, in any manner or part to commit or facilitate the commission of the offense; and

(3) all property constituting or derived from proceeds obtained directly or indirectly as a result of the commission of the offense.

The property subject to forfeiture includes, but is not limited to, all Toyota Motor Corporation and Nissan Motor Corporation parts that were seized from Trans World Services in May of 2022 and later determined to be counterfeit.

The United States may seek the imposition of a money judgment. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the Defendant in substitution up to the total value of the property subject to forfeiture.


NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas


By:    *Shirin Hakimzadeh*
       Shirin Hakimzadeh
       Assistant United States Attorney